## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ROSITA S. PEREZ, | CIVIL CASE NO.: CV0060-14 |
| PLAINTIFF, | |
| vs. | **DECISION AND ORDER**<br>(Motion to Enforce the Government's<br>Admission and Set Trial) |
| GOVERNMENT OF GUAM, | |
| DEFENDANT. | |

## INTRODUCTION

This matter is before the Honorable Anita A. Sukola on Plaintiff Rosita S. Perez's ("Perez") Motion to Enforce the Government's Admission and Set Trial. Attorney Jacqueline Taitano Terlaje represents Perez. Assistant Attorney General David J. Highsmith represents the Defendant Government of Guam ("the Government"). A hearing was held on January 3, 2019 and the Court thereafter took this matter under advisement. Upon review of the written and oral arguments, and legal authorities presented by the Parties, the Court **GRANTS** Perez's Motion in part and **DENIES** in part.

## BACKGROUND

This case stems from Perez's Verified Complaint in Inverse Condemnation filed on January 6, 2014. Compl. (Jan. 6, 2014). In her Complaint, Perez alleges that her land was taken in violation of the Fifth Amendment to the United States Constitution, which provides, "nor shall private property be taken for public use, without just compensation." Id. The Government filed an Answer

on March 6, 2014. Answer (Mar. 6, 2014). On June 9, 2015, the parties entered a Joint Stipulation in which the parties jointly agreed to several points, including the fact that the Government took the specific property at issue. Joint Stipulation at ¶ 3. (Jun. 9, 2015). The parties agreed that the sole issue remaining is the determination of just compensation to be paid (or provided by land exchange) to Perez by the Government. Id. at ¶ 4.

On August 5, 2015, the Government agreed that just compensation for the taking should be paid in the amount of $120,000.00. Second Joint Stipulation at ¶ 2 (Aug. 5, 2015). However, payment of this amount was subject to legislative approval, as GCA Title 1 § 1820 states that no department of the Government of Guam may enter into any settlement agreement without legislative approval. Section 1820 further states that if the Legislature fails to respond to the request within forty-five days, the settlement plan shall be deemed disapproved. On November 23, 2015, the Government requested legislative approval of $120,000.00. Mot. to Enforce Admission at 2 (Oct. 22, 2018). The Legislature did not amend, approve, or disapprove the stipulated order after forty-five days. Id. No legislative action has been taken to ensure the approval of the admissions of the Government, and no efforts have been advanced by the Government to make payment of any compensation, despite the passage of nearly three years since the Government admitted to taking the property. Id.

## DISCUSSION

Perez seeks enforcement of the admissions of the Government made in the Joint Stipulations. Perez asks the Court to enforce the section of the Second Joint Stipulation in which the Government admits taking the property, despite the fact that compensation amount was never approved by the legislature. Id. Pursuant to GCA Title 1 § 1820, any proposed settlement that the Legislature does not act on within 45 days is "deemed disapproved." The Second Joint Stipulation was never approved by the Legislature, and it is therefore void, and the Court cannot enforce any part of it. The Court notes that the motion presently before the Court is not an evidentiary motion seeking the admissibility of certain statements during the upcoming trial. If either party would like a ruling as to

the admissibility of the Joint Stipulations during trial, a motion in limine would be the proper method to determine such issue.

Further, Perez requests that trial be set for August 2019 so that she can retain an expert witness to address the issue of value. Mot. to Enforce at 1. The Government has not objected to this request. Opp'n at 2-3. The Court therefore sets this matter for a Pre-Trial Conference on July 29, 2019 at 9:00 AM, with trial to begin on August 12, 2019 at 1:00 PM.

## CONCLUSION

The Court hereby **DENIES** Perez's Motion to Enforce the Government's Admission and **GRANTS** Perez's Motion to Set Trial.

A Pre-Trial Conference is set for this matter on July 29, 2019, at 9:00 AM and a Bench Trial is scheduled for August 12, 2019 at 1:00 PM.

SO ORDERED 3/20/19 .

The Honorable Anita A. Sukola
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**
I acknowledge that a copy of the
original here was placed in the
court box of
D. Highsmith
JT Perlate
Date: 3.20.19 Time: 4:25PM
Deputy Clerk, Superior Court of Guam